UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBBY DELUCA

                  Plaintiff,

      v.

SIRIUS XM RADIO, INC.

                 Defendant.

No. 12-cv-8239

**OMNIBUS OPINION & ORDER**

On May 23, 2016, this court presided over a conference to discuss the parties' discovery dispute, among other pre-trial issues. During that conference, the court orally declined to grant plaintiff's motion to compel discovery. Following the conference, the court revisited its decision, reexamining the parties' submissions and reviewing relevant case law. On May 27, 2016, this court issued an opinion and order which denied in part and granted in part plaintiff's letter motion. ECF No. 34.

Defendant now objects to the court's decision and asks for its vacatur. ECF No. 35. For the reasons set forth in detail in this court's decision of May 27, 2016, defendant's request is DENIED.

The court also established a future trial date at the May 23 conference. The parties have jointly informed the court of a scheduling conflict with that scheduled trial date, and now ask the court to adjourn the trial to a later date. ECF No. 37. That request is GRANTED.

The parties are hereby ORDERED to submit, no later than June 24, 2016, a jointly proposed case management plan setting forth completion dates for discovery, including expert discovery, and dispositive motion briefing, if any.

This omnibus opinion and order resolves items 35 through 37 on the above-captioned docket.

SO ORDERED.

Dated: New York, New York
June 14, 2016

Thomas P. Griesa
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/2016